# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MWAVUA MSHIMBA,<br><br>Petitioner<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING,<br><br>Respondent | : No. 406 MAL 2017<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.  The Motion to Delay Suspension of Driving Privilege is dismissed as moot.